**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2064**

---

BELL ATLANTIC-WASHINGTON, DC, INCORPORATED,

                          Plaintiff - Appellee,

    versus

SYED H. (NAYYAR) ZAIDI,

                          Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-97-467-A)

---

Submitted: November 26, 1997    Decided: December 15, 1997

---

Before HALL, MURNAGHAN, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Syed H. Zaidi, Appellant Pro Se. Betty S. W. Graumlich, MCSWEENEY, BURTCH & CRUMP, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from two district court orders denying various motions. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, see 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. See 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders appealed here are neither final orders nor appealable interlocutory or collateral orders.

We therefore dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED